**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone      (310) 203-2242**
**Facsimile      (310) 203-2287**

**Attorney For Plaintiff(s)**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG MAN HO,<br>CHUN KUEN CHAN | Case No.:    8:24-cv-2558 |
| Plaintiff(s),<br><br>vs.<br><br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10,<br><br>Defendants. | **COMPLAINT FOR:**<br><br>1) **DECLARATORY**<br>   **AND INJUNCTIVE RELIEF**<br>2) **WRIT IN THE NATURE OF**<br>   **IMMIGRATION MANDAMUS** |

By and through her undersigned counsel, Plaintiffs; FANG MAN HO and CHUN KUEN CHAN ("Plaintiff(s)") brings this action, individually or derivatively on behalf of FANG MAN HO.

1

**INTRODUCTION**

1. This action is brought by Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of November 09, 2020 and which has still not been called for an interview.

2. On January 24, 2020, Plaintiff(s) Fang Man Ho came to the United States. She has stayed in the US ever since. On November 06, 2020, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. Plaintiff named her husband Chun Kuen Chan as a derivative. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice)**. Plaintiff(s) Fang Man Ho and derivative spouse sought asylum in the United States of America based on a well-founded fear of returning to Hong Kong, China on account of Plaintiff Fang Man Ho's political opinions against Chinese Government.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan to present themselves for biometric inspection at a designated USCIS Application Support Center on February 04, 2021 and February 03, 2021. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff(s) Fang Man Ho and derivative spouse did appear at the designated Application Support Center on the appointment dates and provided their biometric information.

4. After providing their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. The Plaintiff(s) have been waiting over 4 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff(s) Fang Man Ho and derivative spouse are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 4 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan are citizens of Hong Kong, China. Plaintiff(s) Fang Man Ho came to the United States on F-1 visas on January 24, 2020. Plaintiff(s) filed her I-589 Application for Asylum and Withholding of Removal on November 06, 2020 naming her husband as a derivative.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be

forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, no balancing of factors is required or permitted."

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in the Central District of California, so long as no real property is involved in the action. Plaintiff(s) resides in San Diego, California. No real property is involved in this action. Therefore, venue is proper in this Court.

**EXHAUSTION OF REMEDIES**

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan received their notification to process their biometric information and received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) have been waiting over 4 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

**CAUSE OF ACTION**

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan filed an application for Asylum and Withholding of Removal on November 06, 2020.

22. Since filing their Application, Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Fang Man Ho and derivative spouse, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 4 years since Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 4 years. Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan have been

constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff and his derivative spouse are enduring significant psychological trauma.

b. The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Hong Kong, China where upon return it is reasonable to believe she and her family will be arrested and persecuted by Chinese Government.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

**<u>PRAYER</u>**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Fang Man Ho and derivative spouse Chun Kuen Chan' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Dated: November 21, 2024

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS FANG MAN HO ET AL. V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                 **PAGES**

**A.** I-589 Application for Asylum.................................................................................1

**B.** I-589 Asylum Receipt Notice...............................................................................16

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)............................... 17

Exhibit A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 07/31/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** [X] Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| None 218 117 168 | None | None |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| Ho | Fangman | None |

**7. What other names have you used (include maiden name and aliases)?**
None

**8. Residence in the U.S. (where you physically reside)**

| Street Number and Name | | | Apt. Number |
|---|---|---|---|
| 1681 Kingspoint St | | | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Walnut | CA | 91789 | ( 949 ) 3782166 |

**9. Mailing Address in the U.S. (if different than the address in Item Number 8)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| The same as above | ( ) |

| Street Number and Name | | Apt. Number |
|---|---|---|
| | | |

| City | State | Zip Code |
|---|---|---|
| | | |

| 10. Gender: [ ] Male [X] Female | 11. Marital Status: [ ] Single [X] Married [ ] Divorced [ ] Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| 08/18/1998 | Hongkong China |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Chinese | Chinese | Han | Christianity |

**18.** Check the box, a through c, that applies: **a.** [X] I have never been in Immigration Court proceedings.
**b.** [ ] I am now in Immigration Court proceedings. **c.** [ ] I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you leave your country? (mm/dd/yyyy) 08/03/2019 **b.** What is your current I-94 Number, if any? 458333480A2

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| Date 01/24/2020 | Place San Diego | Status F1 | D/S |
| Date 08/03/2019 | Place Los Angeles | Status F1 | |
| Date 08/08/2019 | Place Los Angeles | Status F1 | |

| 20. What country issued your last passport or travel document? | 21. Passport Number KJ0439956 | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| China | Travel Document Number None | 06/06/2025 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Cantonese | [ ] Yes [X] No | Mandarin |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

**1**

Form I-589 (Rev. 08/25/20)

## Part A.II. Information About Your Spouse and Children

Your spouse ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | KJ0360950 | 07/25/1996 | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used *(include maiden name and aliases)* |
|---|---|---|---|
| Chan | Chunkuen | None | None |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 10/18/2020 | Las Vegas | Dongguan City China |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| Chinese | Han | ☒ Male    ☐ Female |

15. Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| Los Angeles | 08/03/2019 | 154468418A2 | F1 |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| F1 | D/S | ☐ Yes  ☒ No | 09/12/2018 |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☐ I have children.    Total number of children: _____

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

13. Is this child in the U.S.?   ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):* _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**2**

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**3**

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 11FyuruiOriental Garden | Shenzhen City | Guangdong Province | China | 09/2010 | 08/2013 |
| Nanshan District | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 1681 Kinspoint St | Walnut | CA | USA | 01/2020 | 11/2020 |
| 23 Deergrass | Irvine | CA | USA | 09/2018 | 01/2020 |
| 8585 N Ojai Rd | Ojai | CA | USA | 09/2013 | 05/2017 |
| 11FyuruiOriental Garden | Shenzhen City | Guangdong Province | CHINA | 09/2010 | 08/2013 |
| Nanshan District | | | | | |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| University of San Diego | University | San Diego | 09/2017 | 11/2020 |
| Besant Hill School of Happy | High School | Ojai | 09/2013 | 05/2017 |
| Huaqiaocheng Middle School | Middle School | Shenzhen City | 09/2010 | 06/2013 |
| Shijia Elementary School | Elementary School | Beijing City | 09/2004 | 06/2010 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Unemployed | None | 11/2014 | 11/2020 |
| None | None | None | None |
| None | None | None | None |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Kok Yu | Beijing City China | ☐ Deceased Beijing City China |
| *Father* Kwok Lim Ho | Hongkong China | ☐ Deceased Hongkong China |
| *Sibling* Mengya Yu Elder sister | Beijing City China | ☐ Deceased Guangzhou City China |
| *Sibling* None | None | ☐ Deceased None |
| *Sibling* None | None | ☐ Deceased None |
| *Sibling* None | None | ☐ Deceased None |

**4**

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, **Part 1. Filing Instructions, Section II., Basis of Eligibility, Parts A. - D., Section V., Completing the Form, Part B.;** and **Section VII. Additional Evidence That You Should Submit,** for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   | | | | |
   |---|---|---|---|
   | ☐ | Race | ☒ | Political opinion |
   | ☐ | Religion | ☐ | Membership in a particular social group |
   | ☐ | Nationality | ☒ | Torture Convention |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   ```
   Please see my asylum statement.
   ```

B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   ```
   Please see my asylum statement.
   ```

**5**

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

[ ] No     [X] Yes

If "Yes," explain the circumstances and reasons for the action.

> Please see my asylum statement.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No     [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No     [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No     [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Please see my asylum statement.

**6**

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No          [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response.

   If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [X] No          [ ] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No          [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No          [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**7**

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

   [X] No          [ ] Yes

   If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

   [X] No          [ ] Yes

   If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see **Instructions, Part 1. Filing Instructions, Section V. Completing the Form, Part C.**

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

   [X] No          [ ] Yes

   If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.

   If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

**8**

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury un... United States Code, knowingly subscribes as true, any false statement with resp... application, affidavit, or other document required by the immigration laws or regulati... knowingly presents any such application, affidavit, or other document containing ... which fails to contain any reasonable basis in law or fact - shall be fined in a... imprisoned for up to 25 years. I authorize the release of any information from my i... Citizenship and Immigration Services (USCIS) needs to determine eligibility for the b...

**WARNING:** Applicants who are in the United States **unlawfully are subject to re...** granted by an asylum officer or an immigration judge. Any information provided... the institution of, or as evidence in, removal proceedings even if the application is ... knowingly made a frivolous application for asylum will be permanently ineligible f... Act. You may not avoid a frivolous finding simply because someone advised you t... filing with USCIS, unexcused failure to appear for an appointment to provide bion... information within the time allowed may result in an asylum officer dismissing you ... judge. Failure without good cause to provide DHS with biometrics or other biogra... result in your application being found abandoned by the immigration judge. See se... sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your na... |
|---|---|
| Fang Man Ho | 何芳曼 |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes,"complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☒ No  ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

➡ [  *Fangmein Ho*  ]
Sign your name so it all appears within the brackets

11/06/2020
Date of signature (mm/dd/yyyy)

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| *[signature]* | Angela Shi |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 626 ) 257-6389 | 1208 S Atlantic Blvd |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 108 | Alhambra | CA | 91803 |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Write Your Name in Your Native Alphabet

_____
Date *(mm/dd/yyyy)*

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Write Your Name in Your Native Alphabet

_____
Date *(mm/dd/yyyy)*

_____
Signature of Immigration Judge

**10**

Asylum Statement

Honorable Asylum Interview Officer, hello. My name is Fangman Ho. I come from Hong Kong. Because I posted comments on the internet to support the protestors in Hong Kong and my father gave me a thumb up and forwarded them, I and my father had unimaginable consequences. Now I cannot return to Hong Kong. So, I apply to the government of the United States for asylum.

My mother is from Beijing. My father is from Hong Kong. I was born in Hong Kong. Since I was little, I have received the education of freedom of speech. When I began to go to high school, I came to the United States to attend a school. The United States is also a country with freedom of speech. Hong Kong used to be a British colony. In 1997, Hong Kong returned to China based on the "one country two systems" policy. This policy let Hong Kong keep an independent court, free media and open internet, different from mainland China. Originally, it was said that the policy would expire in 2047. But in recent years, the Chinese Communist Party more and more interfered in Hong Kong affairs. Many earlier policies were weakened.

On June 12, 2019, people in Hong Kong took to the streets to protest against the Fugitive Offenders Amendment Bill. After that, mainland China blocked the passage of information. But I was abroad and could see a lot of information. The police began to suppress the protestors by force. There were riots. I searched on the internet for the original cause and found out that it was not different from the earlier June 4th movement. When I saw the news in the United States, I posted my comments on the internet. I was disappointed by what the police did. Moreover, the government of Hong Kong revised the constitution which destroyed their commitment to the people in Hong Kong earlier. More importantly, the interests of the people in Hong Kong were destroyed.

In May 2020, I posted comments about the government of Hong Kong again. My father gave me a thumb up below my postings and forwarded them. As a result, my postings were deleted. Police in Hong Kong went to my father's home. They took him away and detained him for two days. Later, when I had video communication with my father, I learned that the police of Hong Kong had begun to watch me. The police said that I colluded with the anti-Chinese forces abroad. They also let my father tell me that I was not allowed to make any comments against the Chinese government abroad. I was totally disappointed at the government.

When I was posting comments again, I could not post anything in my account. I was completely forbidden to speak. My father just gave me a thumb up and forwarded my postings. But he was detained. Police also often went to my father's home to harass and threaten him. So, my father does not dare to return home and lives in a small fishing boat.

I feel terrified about my own future. I do not dare to return. I fear being taken away by the police if I return. Later I learned on the internet that China now is a country with internet and that all the information was monitored backstage. I am really very much terrified. I do not want to be arrested by the police. Honorable Asylum Interview Officer, please have sympathy for me and approve my application for asylum.

Applicant: Fangman Ho

**11**

*State of California*            )
                                 ) S.S.
*County of Los Angeles*          )


     *The undersigned, being duly sworn, declare that I am fluent and competent in both the Chinese and English languages. I made the above translation, Declaration from Chinese into English and the said translation is to the best of my knowledge and belief a true and accurate translation.*


*Date: 11/06/2020*

*Translator, Angela Shi*

**12**

庇护证词

尊敬的庇护面谈官您好，我叫何芳曼，来自香港。因为我在网上发表了支持香港民众游行的一些言论，我的父亲亲点赞并转发后，给我和我的父亲造成了无法想象的后果。现在我回不去香港了，因此我向美国政府申请庇护。

我的妈妈是北京人，我的爸爸是香港人，我在香港出生，从小接受的教育就是言论自由。高中时我来到了美国上学，美国也是言论自由的国家。香港曾经是英国殖民地，在1997年以"一国两制"政策回归中国，这项政策就是以独立的法院，自由的媒体以及开放的互联网才与中国大陆有着完全不同的特点。原本说到2047年到期，可是近年来，中国共产党越来越多地干预香港事务，之前很多政策已经被逐渐削弱。2019年6月12日，香港民众相继走上街头反对政府修订《逃犯条例》，之后中国大陆开始封锁消息，但是我在国外，很多信息都是能看见的。在游行中，警方开始使用武力来镇压人民，也发生了暴乱。我上网查找最开始的原因，才发现这和以前的六四有什么区别？当我在

**13**

美国看见这些消息的时候，我在网上发表了自己的看法，我对警察的作为感到失望。还有香港政府修改宪法，这是破坏当初对香港民众的承诺，最重要的是损坏了香港人民的利益。

在2020年5月，我再次发表对香港政府的言论，我的父亲在我的帖子下面点赞并转发，结果我的帖子遭到删除，香港警察上门找到了我的爸爸，并把我爸爸带走关押了两天。后来和爸爸视频的时候得知，香港警察已经对我开始进行监控，警察说我是勾结了国外的反华势力。还让我的爸爸告诉我在国外也不可以随便发表任何反对中国政府的言论。我对政府失望透顶。我再次发表的时候，我的账户已经发表不了任何东西了，完全被噤言。父亲仅仅是点赞、转发就已经遭到了关押。警察还时不时的去我父亲的住处进行骚扰和威胁，导致我父亲现在有家不敢回，住在小渔船上。我对自己的未来感到非常恐惧，我再也不敢回去了。我害怕回去以后，警察也会把我带走。之后我上网了解了中国现在是一个互联网国家，所有的信息都被后台所监控。我

**14**

真的非常恐惧。我不想被警察抓捕。尊敬的面谈官，请您能同情我的遭遇，请您能批准我的庇护请求。

申请人：何芳曼

**15**

Exhibit B

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| | |
|---|---|
| **Receipt Number**<br>ZLA2146207190 | **Case Type**<br>I-589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date**<br>11/09/2020 | **Priority Date** | **Applicant**  A218 117 168<br>HO, FANGMAN |
| **Notice Date**<br>11/10/2020 | **Page**<br>1 of 1 | |

FANGMAN HO
1681 KINGSPOINT ST
WALNUT CA 91789

**Notice Type:** Receipt Notice

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 11/09/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| **Alien Number**<br>A218 117 168 | **Name**<br>HO, FANGMAN |
|---|---|

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Los Angeles Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003

USCIS Contact Center: www.uscis.gov/contactcenter



**16**

FORM I-797 [REV. 08/01/16]

Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA2146207190 | | | NOTICE DATE 01/09/2021 |
|---|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A218 117 168 | CODE 3 |



FANGMAN HO
c/o ALBERT CHOW
501 W GARVEY AVE STE 208
MONTEREY PARK CA 91754

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS EL MONTE 9251 Garvey Avenue Suite Q South El Monte CA 91733 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 02/04/2021 09:00AM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE: If this USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

WARNING: Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

CHANGE OF ADDRESS: You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, Alien's Change of Address Card, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address Form/Immigration Court, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
1589 - ZLA2146207190



BIOMETICS PROCESSING STAMP
ASC SITE CODE: XTC
591964
BIOMETRICS QA REVIEW BY ___ ON FEB 0 4 2021
TENPRINTS QA REVIEW BY ___ ON FEB 0 4 2021

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

WARNING: Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

**17**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA2146207200 | | NOTICE DATE 01/09/2021 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A218 117 169 | CODE 3 |



CHUNKUEN CHAN
c/o ALBERT CHOW
501 W GARVEY AVE STE 208
MONTEREY PARK  CA  91754

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS EL MONTE. 9251 Garvey Avenue Suite Q South El Monte CA  91733 | DATE AND TIME OF APPOINTMENT 02/03/2021 10:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE:  USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE:  If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

WARNING:  Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

CHANGE OF ADDRESS: You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING:  You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.**  Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZLA2146207200



FEB 03 2021
FEB 03 2021

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

WARNING:  *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**18**